IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STARKVILLE PRIDE, BAILEY MCDANIEL,
and EMILY TURNER     PLAINTIFFS

V.     CIVIL ACTION NO: 1:18cv032-SA-DAS

CITY OF STARKVILLE     DEFENDANT

## JOINT MOTION FOR SETTLEMENT CONFERENCE

The plaintiffs, Starkville Pride, Bailey McDaniel, and Emily Turner, and the defendant, City of Starkville, Mississippi, jointly file this motion seeking a settlement conference before Magistrate Judge David A. Sanders pursuant to F.R.C.P. 16 and L.U.Civ.R. 16(g). In support, the parties state as follows:

1. On February 26, 2018, the plaintiffs filed a Complaint [Dkt. 1] and a Motion for Preliminary Injunction [Dkt. 2] relating to the Starkville Board of Aldermen's initial denial of the plaintiff's special event application to hold a gay pride parade.

2. The Board of Aldermen ultimately approved the application, and the parade occurred as initially planned on March 24, 2018.

3. On April 26, Starkville filed a Motion to Dismiss [Dkt. 12] and supporting Brief [Dkt. 13].

4. The plaintiffs have indicated their intention to amend their Complaint [Dkt. 1] pursuant to Rule 15(a)(1) to, among other things, assert claims for damages, name individual defendants, and seek permanent injunctive relief.

5. In an effort to avoid protracted litigation, expedite the disposition of this action, and potentially facilitate settlement, the parties seek a settlement conference before the Court.

6.      The previous pleadings in this case have framed the legal and factual issues. The case is positioned for meaningful settlement discussions.

WHEREFORE, the parties request the following:

a.      that the Court set this case for a settlement conference before Magistrate Judge David A. Sanders pursuant to F.R.C.P. 16 and L.U.Civ.R. 16(g) at the earliest date available to the Court and counsel;

b.      that if the case does not resolve at the settlement conference, the plaintiffs be allowed 21 days to file a response to Starkville's Motion to Dismiss [Dkt. 12] and/or to amend their Complaint [Dkt. 1] pursuant to Rule 15(a)(1); and

c.      that the Court provide any additional relief appropriate under the circumstances.

This the 9th day of May, 2018.

                                              Respectfully submitted,

                                              /s/Christopher J. Latimer, MSB 101549
                                              Michael Chase, MSB 5969
                                              J. Russell Dumas, MSB 105310

                                              *Attorneys for Defendant*

Of Counsel:

Mitchell, McNutt & Sams

1216 Van Buren
Post Office Box 847
Oxford, Mississippi 38655
Telephone: 662.234.4845
Facsimile: 662.234.9071
clatimer@mitchellmcnutt.com

1068307_1

105 S. Front Street
P.O. Box 7120
Tupelo, MS 38802
Telephone: 662.842.3871
Facsimile: 662.842.8450
mchase@mitchellmcnutt.com

215 Fifth Street North
P.O. Box 1366
Columbus, MS 39703
Telephone: 662.328.2316
Facsimile: 662.328.8035
rdumas@mitchellmcnutt.com

/s/Alysson Mills, MS Bar No. 102861
Roberta Kaplan (pro hac vice pending)
John C. Quinn (pro hac vice pending)
Joshua Matz (pro hac vice pending)

*Attorneys for Plaintiffs*

FISHMAN HAYGOOD LLP
201 St. Charles Ave., 46th Floor
New Orleans, LA 70170
(504) 586-5253
amills@fishmanhaygood.com

KAPLAN & COMPANY, LLP
350 Fifth Ave, Suite 7110
New York, NY 10118
(212) 763-0883
rkaplan@kaplanandcompany.com
jquinn@kaplanandcompany.com
jmatz@kaplanandcomplany.com

3

1068307_1

## **CERTIFICATE OF SERVICE**

I, Christopher J. Latimer, hereby certify that a copy of the foregoing instrument was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party, as indicated below.

Alysson Mills
Kristen D. Amond
FISHMAN HAYGOOD LLP
201 St. Charles Ave., 46th Floor
New Orleans, LA 70170
(504) 586-5253

Roberta A. Kaplan
John C. Quinn
Joshua Matz
KAPLAN & COMPANY, LLP
350 Fifth Ave, Suite 7110
New York, NY 10118
(212) 763-0883
*Attorneys for Plaintiffs*

This the 9th day of May, 2018.

/s/ Christopher J. Latimer

1068307_1