UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STARKVILLE PRIDE, BAILEY MCDANIEL,
and EMILY TURNER,

     *Plaintiffs,*

v.

CITY OF STARKVILLE,

     *Defendant*.

CIVIL ACTION
NO. 1:18cv032-SA-DAS

## JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

  Plaintiffs, Starkville Pride, Bailey McDaniel, and Emily Turner, and Defendant, City of Starkville, Mississippi, jointly file this motion respectfully requesting an extension of Plaintiffs' deadline to file an opposition to the Defendant's motion to dismiss and an extension of Plaintiffs' deadline to file an amended complaint pursuant to Federal Rule of Civil Procedure 15.

  Earlier today, the parties filed a Joint Motion for a Settlement Conference (R. Doc. 14). That motion contemplates an extension of time for Plaintiffs to respond to Defendant's Motion to Dismiss in order to give the parties an opportunity to amicably resolve this case.

  Here, the parties separately request that Plaintiffs be allowed twenty-one (21) days from the date of the settlement conference, or from the denial of the Joint Motion for a Settlement Conference, to oppose Defendant's Motion to Dismiss and/or to amend their complaint.

  WHEREFORE, the parties pray that their joint motion for extension of time will be granted, and that Plaintiffs will be allowed twenty-one (21) days from the date of the settlement

conference, or from the denial of the Joint Motion for a Settlement Conference, to file an opposition to Defendant's Motion to Dismiss and/or to amend their complaint.

|  |  |
|---|---|
| Dated: May 9, 2018 | Respectfully submitted,<br><br>/s/ *Christopher J. Latimer*<br>Christopher J. Latimer, MSB 101549<br>Michael Chase, MSB 5969<br>J. Russell Dumas, MSB 105310<br><br>MITCHELL, MCNUTT & SAMS<br>1216 Van Buren<br>Post Office Box 847<br>Oxford, Mississippi 38655<br>Telephone: 662.234.4845<br>Facsimile: 662.234.9071<br>clatimer@mitchellmcnutt.com<br><br>105 S. Front Street<br>P.O. Box 7120<br>Tupelo, MS 38802<br>Telephone: 662.842.3871<br>Facsimile: 662.842.8450<br>mchase@mitchellmcnutt.com<br><br>215 Fifth Street North<br>P.O. Box 1366<br>Columbus, MS 39703<br>Telephone: 662.328.2316<br>Facsimile: 662.328.8035<br>rdumas@mitchellmcnutt.com<br><br>*Attorneys for Defendant* |

        */s/ Alysson Mills*

Alysson L. Mills, MS Bar No. 102861
Kristen D. Amond, (*admitted pro hac vice*)
FISHMAN HAYGOOD LLP
201 St. Charles Ave., 46th Floor
New Orleans, LA 70170
(504) 586-5253

Roberta A. Kaplan (*admitted pro hac vice*)
John C. Quinn (*admitted pro hac vice*)
Joshua Matz (*admitted pro hac vice*)
KAPLAN & COMPANY, LLP
350 Fifth Ave, Suite 7110
New York, NY 10118
(212) 763-0883

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of filing to all counsel of record.

Dated:  May 9, 2018                                        */s/ Alysson Mills*