UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STARKVILLE PRIDE, BAILEY MCDANIEL, and EMILY TURNER,

    *Plaintiffs,*

v.

CITY OF STARKVILLE,

    *Defendant.*

CIVIL ACTION
NO. 1:18cv032-SA-DAS

## ORDER

Considering the foregoing Joint Motion for Extension of Time for Plaintiffs to Respond to Defendant's Motion to Dismiss,

IT IS HEREBY ORDERED that the motion is **GRANTED**. Plaintiffs shall be allowed twenty-one (21) days from the date of the settlement conference, or from the denial of the Joint Motion for a Settlement Conference (R. Doc. 14), to respond to the Defendant's Motion to Dismiss (R. Doc. 12) and/or to amend their complaint.

Signed this _____ day of May, 2018.

                **HONORABLE SHARION AYCOCK**
                **UNITED STATES DISTRICT JUDGE**