IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

STARKVILLE PRIDE, BAILEY MCDANIEL,
and EMILY TURNER                                                                    PLAINTIFFS

V                                                       CIVIL ACTION NO: 1:18-CV-32-SA-DAS

CITY OF STARKVILLE                                                                  DEFENDANT

## AGREED ORDER OF DISMISSAL

Upon joint motion of the parties, the Court is advised that the claims of Starkville Pride, Bailey McDaniel, and Emily Turner against the City of Starkville, Mississippi have been compromised and settled on the following facts and circumstances:

1. Plaintiffs filed their complaint in the above-referenced action on February 26, 2018.

2. On the same day, Plaintiffs filed a motion for preliminary injunction to have the City grant their parade application.

3. On March 6, 2018, approximately one week after the lawsuit was filed, the City reconsidered and subsequently granted Plaintiff's parade permit application.

4. The parties have reached an agreement for the compromise and settlement of all claims made, or which could have been made, in this case, including claims for attorney fees. While not admitting that it violated any constitutional rights of the plaintiffs, the City acknowledges that it may not deny a parade permit on the basis of unconstitutional grounds.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that any and all claims by or on behalf of Starkville Pride, Bailey McDaniel, and Emily Turner are hereby dismissed with prejudice with each party to bear its own costs.

SO ORDERED, this the 18th day of June, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE